# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1256
Lower Tribunal No. F87-40231C
_____

**Anthony Watts,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Anthony Watts, in proper person.

James Uthmeier, Attorney General, for appellee.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Duncan v. State, 728 So. 2d 1237 (Fla. 3d DCA 1999); see also Watts v. State, 308 So. 3d 124 (Fla. 3d DCA 2020); Watts v. State, 38 So. 3d 150 (Fla. 3d DCA 2010); Watts v. State, 70 So. 3d 598 (Fla. 3d DCA 2011); Watts v. State, 929 So. 2d 1071 (Fla. 3d DCA 2006).